IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVEN GARY SANDERS,

      **Plaintiff,**

v.                                 Case No. 1:17cv270-MW/GRJ

WILLIAM BECK, et al.,

      **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation, ECF No. 30, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 32. Accordingly,

**IT IS ORDERED**:

The amended report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 24, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED** on September 10, 2018.

                                                 s/ **MARK E. WALKER**
                                                 **Chief United States District Judge**